1
2
3
4
5
6

UNITED STATES DISTRICT COURT

7

WESTERN DISTRICT OF WASHINGTON

8

AT TACOMA

9

10   MITCHELL ARCIAGA, JOSEPH MASSELI,          No. 14-5884
     VIMAL MATHIMARAN, individually and on
11   behalf of all others similarly situated,

12                                              **COMPLAINT—CLASS ACTION—**
            Plaintiff,                          **FOR VIOLATIONS OF FEDERAL**
13                                              **SECURITIES LAWS**

14         v.

15   BARRETT BUSINESS SERVICES, INC.,
     MICHAEL L. ELICH, and JAMES D.
16   MILLER,                                    JURY TRIAL DEMANDED

17
            Defendants.
18

19

20         Plaintiffs Mitchell Arciaga, Joseph Masseli, and Vimal Mathimaran, by and through their

21   attorneys, allege the following upon information and belief, except as to those allegations

22   concerning Plaintiffs, which are alleged upon personal knowledge.  Plaintiffs' information and

23   belief is based on, among other things, their counsel's investigation, which includes without

24   limitation (a) review and analysis of regulatory filings made by Barrett Business Services, Inc.

25   ("BBSI" or the "Company") with the United States Securities and Exchange Commission

26   ("SEC"); (b) review and analysis of press releases and media reports issued by and disseminated

27   by BBSI; and (c) review of other publicly available information concerning BBSI.

## NATURE OF THE ACTION AND OVERVIEW

1.    This is a class action on behalf of purchasers of BBSI securities between February 12, 2013 and October 29, 2014, inclusive (the "Class Period"), seeking to pursue remedies under the Securities Exchange Act of 1934 (the "Exchange Act").

2.    BBSI is a provider of business management solutions, combining human resource outsourcing and professional management consulting for its operational platform.  The Company's integrated platform is built upon its purported expertise in payroll processing, employee benefits, workers' compensation coverage, risk management and workplace safety programs, and human resource administration.

3.    On October 28, 2014, after the market closed, BBSI revealed that in the third quarter of 2014, the Company recorded an additional increase to its self-insured workers' compensation reserve of $80 million, or $47.9 million after tax, which effectively wiped out the Company's past five years of pretax earnings.  According to the Company, the increase represented approximately 38% of the Company's total workers' compensation reserve, bringing the liability up to $208.3 million at September 30, 2014.  Taking into account the effect of this expense, the Company reported a net loss in the third quarter of 2014 of $37.8 million compared to net income of $9 million in the year-ago quarter.

4.    On this news, shares of BBSI declined $26.18 per share, nearly 59%, to close on October 29, 2014, at $18.28 per share, on unusually heavy volume.

5.    Throughout the Class Period, Defendants made false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects.  Specifically, Defendants made false and/or misleading statements and/or failed to disclose: (1) that the Company under accrued its self-insured workers' compensation reserves; (2) that, as a result, the Company overstated its earnings; (3) that the Company lacked adequate internal and financial controls; and (4) that, as a result of the foregoing, Defendants' statements were materially false and misleading at all relevant times.

COMPLAINT—CLASS ACTION

No. 14-5884

- 2 -

**LAW OFFICES OF**
**CLIFFORD A. CANTOR, P.C.**
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 ● Fax: (425) 732-3752

6.      As a result of Defendants' wrongful acts and omissions, and the precipitous decline in the market value of the Company's securities, Plaintiffs and other Class members have suffered significant losses and damages.

## JURISDICTION AND VENUE

7.      The claims asserted herein arise under Sections 10(b) and 20(a) of the Exchange Act (15 U.S.C. §§ 78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. § 240.10b-5).

8.      This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331 and Section 27 of the Exchange Act (15 U.S.C. § 78aa).

9.      Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391(b) and Section 27 of the Exchange Act (15 U.S.C. § 78aa(c)).  Substantial acts in furtherance of the alleged fraud or the effects of the fraud have occurred in this Judicial District.  Many of the acts charged herein, including the preparation and dissemination of materially false and/or misleading information, occurred in substantial part in this Judicial District.  Additionally, BBSI's principal executive offices are located within this Judicial District.

10.     In connection with the acts, transactions, and conduct alleged herein, Defendants directly and indirectly used the means and instrumentalities of interstate commerce, including the United States mail, interstate telephone communications, and the facilities of a national securities exchange.

## PARTIES

11.     Plaintiffs, as set forth in their accompanying certification, incorporated by reference herein, purchased BBSI common stock during the Class Period, and suffered damages as a result of the federal securities law violations and false and/or misleading statements and/or material omissions alleged herein.

12.     Defendant BBSI is a Maryland corporation with its principal executive offices located at 8100 NE Parkway Drive, Suite 200, Vancouver, Washington 98662.

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 ● Fax: (425) 732-3752

13.     Defendant Michael L. Elich ("Elich") was, at all relevant times, Chief Executive Officer ("CEO") and a director of BBSI.

14.     Defendant James D. Miller ("Miller") was, at all relevant times, Chief Financial Officer ("CFO") of BBSI.

15.     Defendants Elich and Miller are collectively referred to hereinafter as the "Individual Defendants."  The Individual Defendants, because of their positions with the Company, possessed the power and authority to control the contents of BBSI's reports to the SEC, press releases and presentations to securities analysts, money and portfolio managers and institutional investors, *i.e.*, the market.  Each defendant was provided with copies of the Company's reports and press releases alleged herein to be misleading prior to, or shortly after, their issuance and had the ability and opportunity to prevent their issuance or cause them to be corrected.  Because of their positions and access to material non-public information available to them, each of these defendants knew that the adverse facts specified herein had not been disclosed to, and were being concealed from, the public, and that the positive representations which were being made were then materially false and/or misleading.  The Individual Defendants are liable for the false statements pleaded herein, as those statements were each "group-published" information, the result of the collective actions of the Individual Defendants.

## SUBSTANTIVE ALLEGATIONS

### Background

16.     BBSI is a provider of business management solutions, combining human resource outsourcing and professional management consulting for its operational platform. The Company's integrated platform is built upon its purported expertise in payroll processing, employee benefits, workers' compensation coverage, risk management and workplace safety programs, and human resource administration.

COMPLAINT—CLASS ACTION
No. 14-5884

- 4 -

**LAW OFFICES OF**
**CLIFFORD A. CANTOR, P.C.**
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 ● Fax: (425) 732-3752

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**Materially False and Misleading**
**Statements Issued During the Class Period**

17.     The Class Period begins on February 12, 2013.  On this day, BBSI issued a press release entitled, "BBSI Reports Fourth Quarter and Full Year 2012 Financial Results."  Therein, the Company, in relevant part, stated:

*- 41% Increase in Q4 Gross Revenues to $597 Million Drives Diluted Earnings per Share of $0.80 -*

Barrett Business Services, Inc. ("BBSI" or the "Company") (NASDAQ: BBSI), a leading provider of business management solutions, reported financial results for the fourth quarter and full year ended December 31, 2012.

**Fourth Quarter 2012 Financial Highlights vs. Year-Ago Quarter**

- Net revenues increased 34% to $113.7 million

- Gross revenues increased 41% to $596.7 million

- Net income increased to $5.8 million or $0.80 per diluted common share, compared to a net loss of $93,000 or $(0.01) per diluted common share

**Fourth Quarter 2012 Financial Results**

Net revenues in the fourth quarter of 2012 increased 34% to $113.7 million, compared to $84.7 million in the fourth quarter of 2011.

Total non-GAAP gross revenues in the fourth quarter of 2012 increased 41% to $596.7 million, compared to $423.6 million in the fourth quarter of 2011 (see "Reconciliation of Non-GAAP Financial Measures" below). The increase is due primarily to the continued build in the Company's Professional Employer Organization (PEO) client count and same-store sales growth.

Net income in the fourth quarter of 2012 increased to $5.8 million or $0.80 per diluted common share, compared to a net loss of $93,000 or $(0.01) per diluted common share in the year-ago quarter. The fourth quarter of 2011 included an increase to the workers' compensation reserve of approximately $8.5 million and

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 • Fax: (425) 732-3752

the benefit of a lower annual effective income tax rate resulting from the non-taxable $10.0 million of key man life insurance proceeds received following the passing of the Company's former president and CEO. Excluding these items, non-GAAP net income in the fourth quarter of 2011 was $4.1 million or $0.41 per diluted common share (see "Reconciliation of Non-GAAP Financial Measures" below).

At December 31, 2012, the Company's cash, cash equivalents and marketable securities totaled $72.4 million, compared to $81.8 million at December 31, 2011. During 2012, the Company repurchased 3.0 million shares of its common stock for $59.7 million, which included the redemption of $34.8 million of preferred shares issued to finance the repurchase. The completion of the repurchase was financed using a combination of cash on hand and availability under a new revolving credit facility provided by its principal bank. At December 31, 2012, total debt was $10.0 million, which included $4.5 million outstanding on the Company's revolving credit line.

**Full Year 2012 Financial Results**

Net revenues in 2012 increased 28% to $402.7 million, compared to $314.9 million in 2011. Total non-GAAP gross revenues in 2012 increased 36% to $2.1 billion, compared to $1.5 billion in 2011. The increase was primarily attributable to the previously discussed increase in net PEO clients and same-store sales growth.

Net income in 2012 was $13.1 million or $1.67 per diluted common share, compared to net income of $14.3 million or $1.41 per diluted common share in 2011. Excluding $460,000 of incremental legal and professional fees associated with the response to requests for a special stockholders meeting, non-GAAP net income in 2012 was $13.4 million or $1.71 per diluted common share. Net income in 2011 included $10.0 million of key man life insurance proceeds received following the passing of the Company's former president and CEO, a lower annual effective income tax rate resulting primarily from these proceeds and the $8.5 million increase to workers' compensation reserve. Excluding these non-recurring items, non-GAAP net income in 2011 was $9.0 million or $0.89 per diluted share.

**Management Commentary**

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 ● Fax: (425) 732-3752

"The fourth quarter was a continuation of the positive trends we experienced in the first three quarters of 2012," said Michael Elich, president and CEO of BBSI. "These include our strong referral channels driving new business, solid organic growth from continuing customers and the overall maturation of our brand. We also continued investing in our operational infrastructure and professional talent, which has played an integral role in supporting our growth and maintaining our greater than 90% client retention rate. We expect these growth drivers to continue as we move through 2013 and remain committed to investing in the business to ultimately support a larger and more mature company."

**First Quarter 2013 Outlook**

For the first quarter of 2013, the Company expects gross revenues to range between $585 million and $590 million, compared to $432.1 million for the first quarter of 2012. Net loss per common share in the first quarter of 2013 is expected to range between $(0.36) and $(0.40), which includes the effect of the decrease in outstanding shares as a result of the Company's 3.0 million share repurchase, compared to a net loss per common share of $(0.22) in the year-ago quarter. The first quarter of 2012 included $460,000 of incremental legal and professional fees from the previously mentioned special stockholders meeting. Excluding these fees, non-GAAP net loss for the first quarter of 2012 was $1.9 million or $(0.19) per common share.

The Company historically incurs losses in the first quarter due to the higher effective payroll taxes at the beginning of each year.

18.     On March 15, 2013, BBSI filed its Annual Report with the SEC on Form 10-Q for the 2012 fiscal year.  The Company's Form 10-K was signed by Defendants Elich and Miller, and reaffirmed the Company's financial results previously announced on February 12, 2013. The Form 10-K also contained required Sarbanes-Oxley certifications, signed by Defendants Elich and Miller, who certified:

1.     I have reviewed this Annual Report on Form 10-K of Barrett Business Services, Inc.;

2.     Based on my knowledge, this annual report does not contain any untrue statement of a material fact or omit to state a material fact necessary to

COMPLAINT—CLASS ACTION
No. 14-5884

- 7 -

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 ● Fax: (425) 732-3752

1    make the statements made, in light of the circumstances under which such
2    statements were made, not misleading with respect to the period covered
     by this annual report;

3.   Based on my knowledge, the financial statements, and other financial
     information included in this annual report, fairly present in all material
     respects the financial condition, results of operations and cash flows of the
     Registrant as of, and for, the periods presented in this annual report;

4.   The Registrant's other certifying officer and I are responsible for
     establishing and maintaining disclosure controls and procedures (as
     defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal
     control over financial reporting (as defined in Exchange Act Rules 13a-
     15(f) and 15d-15(f)) for the Registrant and have:

     a.   designed such disclosure controls and procedures, or caused such
          disclosure controls and procedures to be designed under our
          supervision, to ensure that material information relating to the
          Registrant, including its consolidated subsidiaries, is made known
          to us by others within those entities, particularly during the period
          in which this annual report is being prepared;

     b.   designed such internal control over financial reporting, or caused
          such internal control over financial reporting to be designed under
          our supervision, to provide reasonable assurance regarding the
          reliability of financial reporting and the preparation of financial
          statements for external purposes in accordance with generally
          accepted accounting principles;

     c.   evaluated the effectiveness of the Registrant's disclosure controls
          and procedures and presented in this annual report our conclusions
          about the effectiveness of the disclosure controls and procedures,
          as of the end of the period covered by this report, based on such
          evaluation; and

     d.   disclosed in this report any change in the Registrant's internal
          control over financial reporting that occurred during the
          registrant's most-recent fiscal quarter (the registrant's fourth fiscal
          quarter in the case of an annual report) that has materially affected,

COMPLAINT—CLASS ACTION
No. 14-5884                          - 8 -

or is reasonably likely to materially affect, the Registrant's internal control over financial reporting; and

5.    The Registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the Registrant's auditors and the audit committee of the Registrant's board of directors (or persons performing the equivalent functions):

a.    all significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the Registrant's ability to record, process, summarize and report financial information; and

b.    any fraud, whether or not material, that involves management or other employees who have a significant role in the Registrant's internal control over financial reporting.

19.    On April 23, 2013, BBSI issued a press release entitled, "BBSI Reports First Quarter 2013 Financial Results." Therein, the Company, in relevant part, stated:

**Q1 Net Revenues up 35% to $112 Million; Non-GAAP Gross Revenues up 37% to $591 Million**

Barrett Business Services, Inc. ("BBSI" or the "Company") (NASDAQ: BBSI), a leading provider of business management solutions, reported financial results for the first quarter ended March 31, 2013.

**First Quarter 2013 Financial Summary vs. Year-Ago Quarter**

Net revenues up 35% to $111.6 million

Gross revenues up 37% to $591.2 million

Net loss of $2.5 million or $(0.36) per diluted share compared to a net loss of $2.2 million or $(0.22) per diluted share

**First Quarter 2013 Financial Results**

Law Offices of
Clifford A. Cantor, P.C.
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 ● Fax: (425) 732-3752

Net revenues in the first quarter of 2013 increased 35% to $111.6 million compared to $82.4 million in the first quarter of 2012.

Total non-GAAP gross revenues in the first quarter of 2013 increased 37% to $591.2 million compared to $432.1 million in the first quarter of 2012 (see "Reconciliation of Non-GAAP Financial Measures" below). The increase is due primarily to the continued build in the Company's co-employed client count and same-store sales growth.

Net loss for the first quarter was $2.5 million or $(0.36) per diluted share compared to a net loss of $2.2 million or $(0.22) per diluted share in the year-ago quarter. The first quarter of 2013 reflected approximately 3.0 million fewer common shares outstanding when compared to the year-ago quarter due to the Company's repurchase of approximately 2.5 million shares from the Estate of William W. Sherertz, as well as 500,000 shares from Nancy Sherertz, on March 28, 2012. The Company historically incurs losses in the first quarter due to the higher effective payroll taxes at the beginning of each year.

On March 31, 2013, the Company's cash, cash equivalents and marketable securities totaled $78.3 million compared to $72.4 million at December 31, 2012. At March 31, 2013, the Company had no outstanding borrowings on its revolving credit facility.

**Management Commentary**

"The solid momentum we built throughout 2012 continued into the first quarter of 2013, as shown by our fifth consecutive quarter of gross revenue growth greater than 30%," said Michael Elich, president and CEO of BBSI. "This growth can be attributed to a variety of factors, including continued strength in our referral channels, our high client retention rate and the maturation of our brand in the marketplace. Given this acceleration, we will continue to prudently invest in our operational infrastructure and professional talent throughout 2013 to support a much larger organization as we grow."

**Second Quarter 2013 Outlook**

For the second quarter of 2013, the Company expects gross revenues to grow at least 28% to between $630 million and $635 million compared to $494.1 million for the second quarter of 2012. Diluted income per common share in the second

COMPLAINT—CLASS ACTION
No. 14-5884

- 10 -

Law Offices of
Clifford A. Cantor, P.C.
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 ● Fax: (425) 732-3752

quarter of 2013 is expected to range between $0.68 and $0.72 compared to $0.53 in the second quarter of 2012.

20.    On May 9, 2013, BBSI filed its Quarterly Report with the SEC on Form 10-Q for the 2013 fiscal first quarter.  The Company's Form 10-Q was signed by Defendant Miller, and reaffirmed the Company's financial results previously announced on April 23, 2013.  The Form 10-Q also contained required Sarbanes-Oxley certifications, signed by Defendants Elich and Miller, substantially similar to those contained in ¶ 18.

21.    On July 23, 2013, BBSI issued a press release entitled, "BBSI Reports Second Quarter 2013 Financial Results."  Therein, the Company, in relevant part, stated:

**Q2 Net Revenues Up 35% to $128.8 Million Drives 51% Increase in Diluted Earnings per Share to $0.80**

Barrett Business Services, Inc. ("BBSI" or the "Company") (NASDAQ: BBSI), a leading provider of business management solutions, reported financial results for the second quarter ended June 30, 2013.

*Second Quarter 2013 Financial Summary vs. Year-Ago Quarter:*

Net revenues up 35% to $128.8 million
Gross revenues up 37% to $675.0 million
Net income increased 57% to $5.9 million
Diluted earnings per share increased 51% to $0.80

*Second Quarter 2013 Financial Results*

Net revenues in the second quarter of 2013 increased 35% to $128.8 million compared to $95.5 million in the second quarter of 2012. The increase was due primarily to the continued build in the Company's co-employed client count and same-store sales growth.
Total non-GAAP gross revenues in the second quarter of 2013 increased 37% to $675.0 million compared to $494.1 million in the second quarter of 2012 (see "Reconciliation of Non-GAAP Financial Measures" below).

Law Offices of
Clifford A. Cantor, P.C.
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 ● Fax: (425) 732-3752

Net income for the second quarter of 2013 increased 57% to $5.9 million compared to net income of $3.7 million in the year-ago quarter. Diluted earnings per share in the second quarter of 2013 increased 51% to $0.80 compared to $0.53 per diluted share in the year-ago quarter.

During the second quarter of 2013, the Company posted $63.9 million in restricted investments to collateralize a letter of credit issued to satisfy a surety requirement for its self-insured workers' compensation program in the state of California. As a result, on June 30, 2013, the Company's cash, cash equivalents and marketable securities totaled $18.6 million compared to $72.4 million at December 31, 2012. At June 30, 2013, the Company had no outstanding borrowings on its revolving credit facility.

### Management Commentary

"The second quarter's gross revenue figure was the highest in our company's history and the sixth consecutive quarter we grew gross revenues by more than 30%," said Michael Elich, president and CEO of BBSI. "We continue to see our strong referral channels drive new business, increased organic growth from existing clients, and heightened brand awareness within our markets. Investments in our operational infrastructure were an important contributor to the quarter's results and will continue to be a strategic focus as we prepare for future growth. Ultimately, we are confident BBSI's brand will continue to mature in the marketplace."

### Third Quarter 2013 Outlook

For the third quarter of 2013, the Company expects gross revenues to increase at least 31% to between $730.0 million and $735.0 million compared to $558.0 million for the third quarter of 2012. Diluted income per common share in the third quarter of 2013 is expected to increase at least 30% to between $1.05 and $1.10 compared to $0.81 in the third quarter of 2012.

22.    On August 8, 2013, BBSI filed its Quarterly Report with the SEC on Form 10-Q for the 2013 fiscal second quarter.  The Company's Form 10-Q was signed by Defendant Miller, and reaffirmed the Company's financial results previously announced on July 23, 2013.  The

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 ● Fax: (425) 732-3752

1   Form 10-Q also contained required Sarbanes-Oxley certifications, signed by Defendants Elich

2   and Miller, substantially similar to those contained in ¶ 18.

3       23.     On October 29, 2013, BBSI issued a press release entitled, "BBSI Reports Third

4   Quarter 2013 Financial Results." Therein, the Company, in relevant part, stated:

5   **Q3 Net Revenues up 33% to $148.0 Million Drives 49% Increase in Diluted**
6   **Earnings per Share to $1.21**

7   Barrett Business Services, Inc. ("BBSI" or the "Company") (NASDAQ: BBSI), a
8   leading provider of business management solutions, reported financial results for
9   the third quarter ended September 30, 2013.

10  ***Third Quarter 2013 Financial Highlights vs. Year-Ago Quarter***

11  Net revenues up 33% to $148.0 million
12  Gross revenues up 37% to $764.1 million
13  Net income increased 55% to $9.0 million
    Diluted earnings per share increased 49% to $1.21
14

15  ***Third Quarter 2013 Financial Results***

16  Net revenues in the third quarter of 2013 increased 33% to $148.0 million
17  compared to $111.1 million in the third quarter of 2012. The increase was due
    primarily to the continued build in the Company's co-employed client count and
18  same-store sales growth.

19
    Total non-GAAP gross revenues in the third quarter of 2013 increased 37% to
20  $764.1 million compared to $558.0 million in the third quarter of 2012 (see
21  "Reconciliation of Non-GAAP Financial Measures" below).

22
    Net income in the third quarter of 2013 increased 55% to $9.0 million compared
23  to net income of $5.8 million in the year-ago quarter. Diluted earnings per share
24  in the third quarter of 2013 increased 49% to $1.21 compared to $0.81 per diluted
    share in the year-ago quarter.
25

26  At September 30, 2013, the Company's cash, cash equivalents and marketable
    securities totaled $48.0 million, compared to $72.4 million at December 31, 2012.
27

COMPLAINT—CLASS ACTION
No. 14-5884
- 13 -

**LAW OFFICES OF**
**CLIFFORD A. CANTOR, P.C.**
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 ● Fax: (425) 732-3752

During the second quarter of 2013, the Company posted $63.9 million in restricted certificates of deposit to collateralize a letter of credit issued to satisfy a surety requirement for its self-insured workers' compensation program in the state of California. At September 30, 2013, the Company had no outstanding borrowings on its revolving credit facility.

### Management Commentary

"During the third quarter, gross revenues grew by more than 30% for the seventh consecutive quarter and were the highest in the company's history by nearly $90 million," said Michael Elich, president and CEO of BBSI. "We continue to mature BBSI's brand in the marketplace complemented by our strong referral channels helping to drive new business as well as healthy organic growth from our existing client base. Our three-tier partnership platform and operational focus also continues to drive an industry-leading 90+% retention rate. While we are pleased with the quarter's strong results, it is important to note that we continue to reinvest in our company to ultimately support a much larger and more mature organization."

### Fourth Quarter 2013 Outlook

For the fourth quarter of 2013, the Company expects gross revenues to increase at least 30% to between $780 million and $790 million compared to $596.7 million in the fourth quarter of 2012. Diluted income per common share in the fourth quarter of 2013 is expected to increase at least 43% to between $1.15 and $1.20 compared to $0.80 in the fourth quarter of 2012.

24.     On November 8, 2013, BBSI filed its Quarterly Report with the SEC on Form 10-Q for the 2013 fiscal third quarter.  The Company's Form 10-Q was signed by Defendant Miller, and reaffirmed the Company's financial results previously announced on October 29, 2013.  The Form 10-Q also contained required Sarbanes-Oxley certifications, signed by Defendants Elich and Miller, substantially similar to those contained in ¶ 18.

25.     On February 4, 2014, BBSI issued a press release entitled, "BBSI Reports Fourth Quarter and Full Year 2013 Financial Results."  Therein, the Company, in relevant part, stated:

COMPLAINT—CLASS ACTION
No. 14-5884

- 14 -

**Law Offices of
Clifford A. Cantor, P.C.**
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 ● Fax: (425) 732-3752

**Q4 Net Revenues up 27% to $144.5 Million; Non-GAAP Gross Revenues up 31% to $779.3 Million**

Barrett Business Services, Inc. ("BBSI" or the "Company") (NASDAQ: BBSI), a leading provider of business management solutions, reported financial results for the fourth quarter and full year ended December 31, 2013.

**Fourth Quarter 2013 Financial Highlights vs. Year-Ago Quarter**

Net revenues up 27% to $144.5 million

Gross revenues up 31% to $779.3 million

Net income was $5.6 million, or $0.74 per diluted share, compared to $5.8 million, or $0.80 per diluted share

Excluding $5.1 million, or $3.1 million after tax, for an increase in workers' compensation reserve, net income was $8.7 million

Excluding $0.42 per diluted share for the increase to workers' compensation reserve, diluted earnings per share was $1.16

**Fourth Quarter 2013 Financial Results**

Net revenues in the fourth quarter of 2013 increased 27% to $144.5 million compared to $113.7 million in the fourth quarter of 2012. The increase was due primarily to the continued build in the Company's co-employed client count and same-store sales growth.

Total non-GAAP gross revenues in the fourth quarter of 2013 increased 31% to $779.3 million compared to $596.7 million in the fourth quarter of 2012 (see "Reconciliation of Non-GAAP Financial Measures" below).

In the fourth quarter of 2013, the Company recorded an additional increase to its self-insured workers' compensation reserve of $5.1 million, or $3.1 million after tax, equating to $0.42 per diluted share. The increase represents approximately 5% of the Company's total workers' compensation reserve and is a result of increased estimated reserves for prior year injury claims, primarily in the state of California.

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 ● Fax: (425) 732-3752

Taking into account the effect of this expense, net income in the fourth quarter of 2013 was $5.6 million compared to $5.8 million in the year-ago quarter. Diluted earnings per share in the fourth quarter of 2013 was $0.74 compared to $0.80 in the year-ago quarter. Excluding the effect of the increase in workers' compensation reserve, net income increased 50% to $8.7 million and diluted earnings per share increased 45% to $1.16 in the fourth quarter of 2013.

At December 31, 2013, the Company's cash, cash equivalents, marketable securities, as well as restricted securities totaled $143.2 million, compared to $82.1 million at December 31, 2012. At December 31, 2013, the Company had no outstanding borrowings on its revolving credit facility.

**Full Year 2013 Financial Results**

Net revenues in 2013 increased 32% to $532.8 million compared to $402.7 million in 2012. Total non-GAAP gross revenues in 2013 increased 35% to $2.8 billion compared to $2.1 billion in 2012. The increase was primarily attributable to the previously discussed increase in net PEO clients and same-store sales growth.

Net income in 2013 increased 36% to $17.9 million compared to $13.1 million in 2012. Diluted earnings per share increased 45% to $2.42 compared to $1.67 per diluted common share in 2012.

**Management Commentary**

"In addition to record revenue and earnings growth in 2013, we accomplished several important strategic initiatives during the year," said Michael Elich, president and CEO of BBSI. "All clients have now transitioned to our new payroll and data technology platform, which we expect will improve the quality and consistency of BBSI's offering. We also continued to expand our infrastructure, as we started 12 business units during the year with another 11 in development for the first half of 2014. We also plan to open two new branches, one in San Luis Obispo and a second in Reno, during 2014.

"BBSI remains well positioned for 2014 and beyond. Along with the maturation of our infrastructure and internal talent, our referral network partners remain

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 ● Fax: (425) 732-3752

strong. Going forward, we are focused on becoming a much larger company with a product offering that remains adaptable and predictable long-term."

**First Quarter 2014 Outlook**

For the first quarter of 2014, the Company expects gross revenues to increase at least 24% to between $735 million and $755 million compared to $591.2 million in the first quarter of 2013. Diluted loss per common share in the first quarter of 2014 is expected to be between $(0.45) and $(0.50) compared to $(0.36) in the first quarter of 2013. The Company historically incurs losses in the first quarter due to the higher effective payroll taxes at the beginning of each year.

26.    On March 14, 2014, BBSI filed its Annual Report with the SEC on Form 10-K for the 2013 fiscal year.  The Company's Form 10-K was signed by Defendants Elich and Miller, and reaffirmed the Company's financial results previously announced on February 4, 2014.  The Form 10-K also contained required Sarbanes-Oxley certifications, signed by Defendants Elich and Miller, substantially similar to those contained in ¶ 18.

27.    On April 29, 2014, BBSI issued a press release entitled, "BBSI Reports First Quarter 2014 Financial Results."  Therein, the Company, in relevant part, stated:

**Q1 Net Revenues Up 21% to $135.1 Million; Non-GAAP Gross Revenues Up 23% to $727.4 Million**
Barrett Business Services, Inc. ("BBSI" or the "Company") (NASDAQ: BBSI), a leading provider of business management solutions, reported financial results for the first quarter ended March 31, 2014.

*First Quarter 2014 Financial Summary vs. Year-Ago Quarter*

Net revenues up 21% to $135.1 million
Gross revenues up 23% to $727.4 million
Net loss was $3.6 million, or $(0.50) per diluted share, compared to a net loss of $2.5 million, or $(0.36) per diluted share

*First Quarter 2014 Financial Results*

COMPLAINT—CLASS ACTION
No. 14-5884

- 17 -

Law Offices of
Clifford A. Cantor, P.C.
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 ● Fax: (425) 732-3752

Net revenues in the first quarter of 2014 increased 21% to $135.1 million compared to $111.6 million in the first quarter of 2013.

Total non-GAAP gross revenues in the first quarter of 2014 increased 23% to $727.4 million compared to $591.2 million in the first quarter of 2013 (see "Reconciliation of Non-GAAP Financial Measures" below). The increase was due primarily to the continued build in the Company's co-employed client count and same-store sales growth, partially offset by the vetting of specific clients who no longer met certain performance criteria.

Net loss for the first quarter of 2014 was $3.6 million, or $(0.50) per diluted share, compared to a net loss of $2.5 million, or $(0.36) per diluted share, in the year-ago quarter. The Company historically incurs losses in the first quarter due to the higher effective payroll taxes at the beginning of each year.

At March 31, 2014, the Company's cash, cash equivalents, marketable securities, and restricted securities totaled $147.9 million compared to $143.2 million at December 31, 2013. At March 31, 2014, the Company had no outstanding borrowings on its revolving credit facility.

***Management Commentary***

"BBSI's 23% increase in gross revenues during the first quarter reflects our continued focus on delivering a management platform that is both predictable and adaptable in how it supports well-run companies over the long term," said Michael Elich, president and CEO of BBSI. "Vital to this long-term model is a client vetting process which has driven our 90%-plus retention rate. Over the past several months, however, the size of clients that we ultimately determined did not fit our platform has been larger than in the past. By identifying and canceling clients who were utilizing a disproportionate level of BBSI resources, we expect to achieve a long-term increase in efficiencies and quality of operations, which will benefit remaining and future clients.

"This recent trend does not change our long-term view about our untapped market opportunity, the health of our client base and the strength of our referral network. In fact, we see it as more episodic and expect we will return to a higher pace of growth as we work to backfill lost revenues created by the vetting process. Given this view, we remain well-positioned to continue gaining market share and deliver another record year for our shareholders."

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 ● Fax: (425) 732-3752

*Second Quarter 2014 Outlook*

For the second quarter of 2014, the Company expects gross revenues to increase at least 15% to between $780 million and $800 million compared to $675.0 million in the second quarter of 2013. Diluted income per common share in the second quarter of 2014 is expected to be between $0.93 and $0.98 compared to $0.80 in the second quarter of 2013.

28.     On May 12, 2014, BBSI filed its Quarterly Report with the SEC on Form 10-Q for the 2014 fiscal first quarter.  The Company's Form 10-Q was signed by Defendant Miller, and reaffirmed the Company's financial results previously announced on April 29, 2014.  The Form 10-Q also contained required Sarbanes-Oxley certifications, signed by Defendants Elich and Miller, substantially similar to those contained in ¶ 18.

29.     On July 29, 2014, BBSI issued a press release entitled, "BBSI Reports Second Quarter 2014 Financial Results."  Therein, the Company, in relevant part, stated:

**Q2 Net Revenues Up 17% to $151.1 Million Drives 23% Increase in Diluted Earnings per Share to $0.98**

Barrett Business Services, Inc. ("BBSI" or the "Company") (NASDAQ: BBSI), a leading provider of business management solutions, reported financial results for the second quarter ended June 30, 2014.

*Second Quarter 2014 Financial Summary vs. Year-Ago Quarter*
- Net revenues up 17% to $151.1 million
- Gross revenues up 18% to $798.4 million
- Net income increased 24% to $7.3 million
- Diluted earnings per share increased 23% to $0.98

*Second Quarter 2014 Financial Results*

Net revenues in the second quarter of 2014 increased 17% to $151.1 million compared to $128.8 million in the second quarter of 2013.
Total non-GAAP gross revenues in the second quarter of 2014 increased 18% to $798.4 million compared to $675.0 million in the second quarter of 2013 (see

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 ● Fax: (425) 732-3752

"Reconciliation of Non-GAAP Financial Measures" below). The increase was due primarily to the continued build in the Company's co-employed client count and same-store sales growth.

Net income in the second quarter of 2014 increased 24% to $7.3 million compared to net income of $5.9 million in the year-ago quarter. Diluted earnings per share in the second quarter of 2014 increased 23% to $0.98 compared to $0.80 per diluted share in the year-ago quarter.

At June 30, 2014, the Company's cash, cash equivalents, marketable securities, and restricted securities totaled $146.1 million compared to $143.2 million at December 31, 2013. At June 30, 2014, the Company had no outstanding borrowings on its revolving credit facility.

### Management Commentary

"The growth in our business for the second quarter of 2014 is a direct result of BBSI's continued brand maturation in the marketplace," said Michael Elich, president and CEO of BBSI. "Complemented by healthy organic growth from our existing client base and strong referral channels, we continue to drive new business and maintain our high client retention rate.

"Looking towards the second half of the year, BBSI remains well-positioned to deliver another strong year for our shareholders, despite the client backfilling process we have undertaken. We also continue to expand and invest in our infrastructure and internal talent, which we believe will help us ultimately support a much larger, more mature company."

### Third Quarter 2014 Outlook

For the third quarter of 2014, the Company expects gross revenues to increase at least 14% to range between $870 million and $890 million compared to $764.1 million in the third quarter of 2013. Diluted earnings per common share in the third quarter of 2014 is expected to range between $1.30 and $1.35 compared to $1.21 in the third quarter of 2013. Diluted earnings per common share in the third quarter of 2013 included a positive impact of approximately $0.08 per common share from a more favorable tax rate compared to the estimated tax rate for the third quarter of 2014.

Law Offices of
Clifford A. Cantor, P.C.
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 ● Fax: (425) 732-3752

30.     On August 8, 2014, BBSI filed its Quarterly Report with the SEC on Form 10-Q for the 2014 fiscal second quarter.  The Company's Form 10-Q was signed by Defendant Miller, and reaffirmed the Company's financial results previously announced on July 29, 2014.  The Form 10-Q also contained required Sarbanes-Oxley certifications, signed by Defendants Elich and Miller, substantially similar to those contained in ¶ 18.

31.     The statements contained in ¶¶ 17-30 were materially false and/or misleading when made because defendants failed to disclose or indicate the following: (1) that the Company under accrued its self-insured workers' compensation reserves; (2) that, as a result, the Company overstated its earnings; (3) that the Company lacked adequate internal and financial controls; and (4) that, as a result of the foregoing, Defendants' statements were materially false and misleading at all relevant times.

### Disclosures at the End of the Class Period

32.     On October 28, 2014, after the market closed, BBSI issued a press release entitled, "BBSI Reports Third Quarter 2014 Financial Results."   Therein, the Company, in relevant part, stated:

**Q3 Net Revenues up 18% to $175.0 Million; Non-GAAP Gross Revenues up 18% to $900.2 Million**

Barrett Business Services, Inc. ("BBSI" or the "Company") (NASDAQ: BBSI), a leading provider of business management solutions, reported financial results for the third quarter ended September 30, 2014.

***Third Quarter 2014 Financial Summary vs. Year-Ago Quarter***

- Net revenues up 18% to $175.0 million

- Gross revenues up 18% to $900.2 million

- Net loss was $37.8 million, or $(5.27) per diluted share, compared to net income of $9.0 million or $1.21 per diluted share

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 ● Fax: (425) 732-3752

- Excluding $80.0 million, or $47.9 million after tax, for an increase in workers' compensation reserve, net income increased 20% to $10.1 million

- Excluding a $6.62 per diluted share increase to the workers' compensation reserve, diluted earnings per share increased 19% to $1.35

- Repurchased approximately 28,000 shares for an average price of $39.95 as part of its 3.0 million share repurchase program

***Third Quarter 2014 Financial Results***

Net revenues in the third quarter of 2014 increased 18% to $175.0 million compared to $148.0 million in the third quarter of 2013.

Total non-GAAP gross revenues in the third quarter of 2014 increased 18% to $900.2 million compared to $764.1 million in the third quarter of 2013 (see "Reconciliation of Non-GAAP Financial Measures" below). The increase was due primarily to the continued build in the Company's co-employed client count and same-store sales growth.

In the third quarter of 2014, the Company recorded an additional increase to its self-insured workers' compensation reserve of $80.0 million, or $47.9 million after tax. The increase represents approximately 38% of the Company's total workers' compensation reserve, bringing the liability up to $208.3 million at September 30, 2014.

Taking into account the effect of this expense, net loss in the third quarter of 2014 was $37.8 million compared to net income of $9.0 million in the year-ago quarter. Diluted loss per share in the third quarter was $(5.27) compared to diluted earnings per share of $1.21 in the year-ago quarter. Diluted earnings per common share in the third quarter of 2013 included a positive impact of approximately $0.08 per common share from a more favorable income tax rate. Excluding the effect of the increase in workers' compensation reserve, net income increased 20% to $10.1 million and diluted earnings per share increased 19% to $1.35.

At September 30, 2014, the Company's cash, cash equivalents, marketable securities, and restricted securities totaled $167.5 million compared to $143.2

COMPLAINT—CLASS ACTION

No. 14-5884

- 22 -

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 ● Fax: (425) 732-3752

million at December 31, 2013. At September 30, 2014, the Company had no outstanding borrowings on its revolving credit facility.

During the third quarter, BBSI repurchased approximately 28,000 shares of its common stock for $1.1 million, or an average price of $39.95 per share. Since implementing a series of repurchase programs beginning in November 2006, the Company has repurchased approximately 1.9 million shares for an aggregate price of $26.0 million. Approximately 1.1 million shares remain available under the current 3.0 million share repurchase program.

The Company's existing credit facility with its principal bank provides borrowing capacity of up to $14.0 million. Management has entered into discussions with the bank to increase the borrowing capacity to meet the liquidity needs of the Company.

***Workers' Compensation Reserve Update***

In late 2013, BBSI initiated a reserve strengthening process on workers' compensation claims dated 2012 and prior. BBSI believes the strengthening process is having its intended effect, as 344 or 26% of strengthened claims have been closed in 2014 and the Company has realized $3.4 million in credits to its reserves on these claims through September 30, 2014.

As part of the strengthening process, management initiated a reserve study and engaged the Willis Claims Audit Team. Willis reviewed 180 or about 14% of all strengthened claims drawn from a targeted population of 401, or 45% of what the Company has identified as having the highest probability of complexity. Willis concluded their study and rendered an opinion that the total strengthened reserves were more than 100% of their probable ultimate cost. Following completion of the study, the Company has engaged Willis as its independent actuary.
In mid-2013, BBSI also initiated a change in reserve practice encompassing three areas: placing dollars up more quickly on all claims; increasing claims team staffing; and paying and closing claims faster.

While the Company has reason to believe the reserve strengthening and change in practice are having the intended effect, these combined initiatives are causing disruption in the incurred and paid trends in the claims data during 2014, making it difficult for the Company's actuary to provide management with the best estimate of probable liability. With the additional $80.0 million charge, BBSI

COMPLAINT—CLASS ACTION
No. 14-5884

- 23 -

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 • Fax: (425) 732-3752

estimates its total liability for workers' compensation claims to be $208.3 million. Over the next several quarters, BBSI expects to see the effects of its changes in practice normalize the claims data and provide a clearer indication of potential liability. The Company believes this strategy provides the most conservative approach to its reserving practices.

Related to the charge, management anticipates its loss accrual rate for workers' compensation claims to increase approximately 20 basis points or 5% of total workers' compensation expense on a go-forward basis.

### Management Commentary

"We have every reason to believe that the workers' compensation data we have presented in the third quarter will normalize over time, proving that the strengthening process and change in practice have had the intended effect," said Michael Elich, president and CEO of BBSI. "Until then, we believe taking a conservative approach right now allows us to look forward and removes the obstacle of the unknowns within the model. We do not see this as inhibiting our ability to execute on the long-term plan for the company.

"Our third quarter results continue to be balanced by new client additions and strong growth from our existing client base. At 8.2%, same-store sales were at the upper end of our high-single digit expectations while we added 182 net new PEO clients in the quarter. These results reflect our continued focus on delivering a management platform that supports well-run companies over the long term as well as the maturity of BBSI's brand in the marketplace."

### 12 Month Outlook

BBSI expects gross revenues for the next 12 month period to increase approximately 18%. Included in this expectation is a high single-digit contribution from same-store sales growth as well as growth from new business consistent with current trends.

33.     On this news, shares of BBSI declined $26.18 per share, nearly 59%, to close on October 29, 2014, at $18.28 per share, on unusually heavy volume.

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 ● Fax: (425) 732-3752

**CLASS ACTION ALLEGATIONS**

34.     Plaintiffs bring this action as a class action pursuant to Rules 23(a) and (b)(3) of the Federal Rules of Civil Procedure on behalf of a class consisting of all those who purchased BBSI's securities between February 12, 2013 and October 28, 2014, inclusive (the "Class Period") and who were damaged thereby (the "Class").  Excluded from the Class are Defendants and, at all relevant times, the officers and directors of the Company, members of their immediate families, their legal representatives, heirs, successors or assigns, and any entity in which Defendants have or had a controlling interest.

35.     The members of the Class are so numerous that joinder of all members is impracticable.  Throughout the Class Period, BBSI's securities were actively traded on the Nasdaq Stock Market (the "NASDAQ").  While the exact number of Class members is unknown to Plaintiffs at this time and can only be ascertained through appropriate discovery, Plaintiffs believe that there are hundreds or thousands of members in the proposed Class.  Millions of BBSI shares were traded publicly during the Class Period on the NASDAQ.  As of July 31, 2014, BBSI had 7,177,725 shares of common stock outstanding.  Record owners and other members of the Class may be identified from records maintained by BBSI or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

36.     Plaintiffs' claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law that is complained of herein.

37.     Plaintiffs will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation.

38.     Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class.  Among the questions of law and fact common to the Class are:

COMPLAINT—CLASS ACTION
No. 14-5884

- 25 -

**LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.**
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 ● Fax: (425) 732-3752

1        (a)     whether the federal securities laws were violated by Defendants' acts as

2  alleged herein;

3        (b)     whether statements made by Defendants to the investing public during the

4  Class Period omitted and/or misrepresented material facts about the business, operations, and

5  prospects of BBSI; and

6        (c)     to what extent the members of the Class have sustained damages and the

7  proper measure of damages.

8        39.     A class action is superior to all other available methods for the fair and efficient

9  adjudication of this controversy since joinder of all members is impracticable.  Furthermore, as

10  the damages suffered by individual Class members may be relatively small, the expense and

11  burden of individual litigation makes it impossible for members of the Class to individually

12  redress the wrongs done to them.  There will be no difficulty in the management of this action as

13  a class action.

14                                     **UNDISCLOSED ADVERSE FACTS**

15        40.     The market for BBSI's securities was open, well-developed and efficient at all

16  relevant times.  As a result of these materially false and/or misleading statements, and/or failures

17  to disclose, BBSI's securities traded at artificially inflated prices during the Class Period.

18  Plaintiffs and other members of the Class purchased or otherwise acquired BBSI's securities

19  relying upon the integrity of the market price of the Company's securities and market

20  information relating to BBSI, and have been damaged thereby.

21        41.     During the Class Period, Defendants materially misled the investing public,

22  thereby inflating the price of BBSI's securities, by publicly issuing false and/or misleading

23  statements and/or omitting to disclose material facts necessary to make Defendants' statements,

24  as set forth herein, not false and/or misleading.  Said statements and omissions were materially

25  false and/or misleading in that they failed to disclose material adverse information and/or

26  misrepresented the truth about BBSI's business, operations, and prospects as alleged herein.

27

COMPLAINT—CLASS ACTION
No. 14-5884

- 26 -

**Law Offices of
Clifford A. Cantor, P.C.**
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 ● Fax: (425) 732-3752

42.     At all relevant times, the material misrepresentations and omissions particularized in this Complaint directly or proximately caused or were a substantial contributing cause of the damages sustained by Plaintiffs and other members of the Class.  As described herein, during the Class Period, Defendants made or caused to be made a series of materially false and/or misleading statements about BBSI's financial well-being and prospects.  These material misstatements and/or omissions had the cause and effect of creating in the market an unrealistically positive assessment of the Company and its financial well-being and prospects, thus causing the Company's securities to be overvalued and artificially inflated at all relevant times.  Defendants' materially false and/or misleading statements during the Class Period resulted in Plaintiffs and other members of the Class purchasing the Company's securities at artificially inflated prices, thus causing the damages complained of herein.

## LOSS CAUSATION

43.     Defendants' wrongful conduct, as alleged herein, directly and proximately caused the economic loss suffered by Plaintiff and the Class.

44.     During the Class Period, Plaintiff and the Class purchased BBSI's securities at artificially inflated prices and were damaged thereby.  The price of the Company's securities significantly declined when the misrepresentations made to the market, and/or the information alleged herein to have been concealed from the market, and/or the effects thereof, were revealed, causing investors' losses.

## SCIENTER ALLEGATIONS

45.     As alleged herein, Defendants acted with scienter in that Defendants knew that the public documents and statements issued or disseminated in the name of the Company were materially false and/or misleading; knew that such statements or documents would be issued or disseminated to the investing public; and knowingly and substantially participated or acquiesced in the issuance or dissemination of such statements or documents as primary violations of the federal securities laws.  As set forth elsewhere herein in detail, Defendants, by virtue of their receipt of information reflecting the true facts regarding BBSI, his/her control over, and/or

COMPLAINT—CLASS ACTION
No. 14-5884

- 27 -

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 ● Fax: (425) 732-3752

receipt and/or modification of BBSI's allegedly materially misleading misstatements and/or their associations with the Company which made them privy to confidential proprietary information concerning BBSI, participated in the fraudulent scheme alleged herein.

## APPLICABILITY OF PRESUMPTION OF RELIANCE
## (FRAUD-ON-THE-MARKET DOCTRINE)

46.     The market for BBSI's securities was open, well-developed and efficient at all relevant times.  As a result of the materially false and/or misleading statements and/or failures to disclose, BBSI's securities traded at artificially inflated prices during the Class Period.  On January 21, 2014, the Company's stock closed at a Class Period high of $99.92 per share. Plaintiff and other members of the Class purchased or otherwise acquired the Company's securities relying upon the integrity of the market price of BBSI's securities and market information relating to BBSI, and have been damaged thereby.

47.     During the Class Period, the artificial inflation of BBSI's stock was caused by the material misrepresentations and/or omissions particularized in this Complaint causing the damages sustained by Plaintiffs and other members of the Class.  As described herein, during the Class Period, Defendants made or caused to be made a series of materially false and/or misleading statements about BBSI's business, prospects, and operations.  These material misstatements and/or omissions created an unrealistically positive assessment of BBSI and its business, operations, and prospects, thus causing the price of the Company's securities to be artificially inflated at all relevant times, and when disclosed, negatively affected the value of the Company stock.  Defendants' materially false and/or misleading statements during the Class Period resulted in Plaintiff and other members of the Class purchasing the Company's securities at such artificially inflated prices, and each of them has been damaged as a result.

48.     At all relevant times, the market for BBSI's securities was an efficient market for the following reasons, among others:

(a)     BBSI stock met the requirements for listing, and was listed and actively traded on the NASDAQ, a highly efficient and automated market;

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 ● Fax: (425) 732-3752

1               (b)     as a regulated issuer, BBSI filed periodic public reports with the SEC

2  and/or the NASDAQ;

3               (c)     BBSI regularly communicated with public investors *via* established

4  market communication mechanisms, including through regular dissemination of press releases

5  on the national circuits of major newswire services and through other wide-ranging public

6  disclosures, such as communications with the financial press and other similar reporting services;

7  and/or

8               (d)     BBSI was followed by securities analysts employed by brokerage firms

9  who wrote reports about the Company, and these reports were distributed to the sales force and

10  certain customers of their respective brokerage firms.  Each of these reports was publicly

11  available and entered the public marketplace.

12       49.     As a result of the foregoing, the market for BBSI's securities promptly digested

13  current information regarding BBSI from all publicly available sources and reflected such

14  information in BBSI's stock price. Under these circumstances, all purchasers of BBSI's

15  securities during the Class Period suffered similar injury through their purchase of BBSI's

16  securities at artificially inflated prices and a presumption of reliance applies.

17                                  **NO SAFE HARBOR**

18       50.     The statutory safe harbor provided for forward-looking statements under certain

19  circumstances does not apply to any of the allegedly false statements pleaded in this Complaint.

20  The statements alleged to be false and misleading herein all relate to then-existing facts and

21  conditions.  In addition, to the extent certain of the statements alleged to be false may be

22  characterized as forward looking, they were not identified as "forward-looking statements" when

23  made and there were no meaningful cautionary statements identifying important factors that

24  could cause actual results to differ materially from those in the purportedly forward-looking

25  statements. In the alternative, to the extent that the statutory safe harbor is determined to apply to

26  any forward-looking statements pleaded herein, Defendants are liable for those false forward-

27  looking statements because at the time each of those forward-looking statements was made, the

COMPLAINT—CLASS ACTION         - 29 -
No. 14-5884

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 ● Fax: (425) 732-3752

1  speaker had actual knowledge that the forward-looking statement was materially false or

2  misleading, and/or the forward-looking statement was authorized or approved by an executive

3  officer of BBSI who knew that the statement was false when made.

**FIRST CLAIM**

**Violations of Section 10(b) of the Exchange Act and Rule 10b-5**

**(against all Defendants)**

7    51.    Plaintiffs repeat and reallege each and every allegation contained above as if fully

8  set forth herein.

9    52.    During the Class Period, Defendants carried out a plan, scheme and course of

10  conduct which was intended to and, throughout the Class Period, did: (i) deceive the investing

11  public, including Plaintiff and other Class members, as alleged herein; and (ii) cause Plaintiff and

12  other members of the Class to purchase BBSI's securities at artificially inflated prices.  In

13  furtherance of this unlawful scheme, plan and course of conduct, defendants, and each of them,

14  took the actions set forth herein.

15    53.    Defendants (i) employed devices, schemes, and artifices to defraud; (ii) made

16  untrue statements of material fact and/or omitted to state material facts necessary to make the

17  statements not misleading; and (iii) engaged in acts, practices, and a course of business which

18  operated as a fraud and deceit upon the purchasers of the Company's securities in an effort to

19  maintain artificially high market prices for BBSI's securities in violation of Section 10(b) of the

20  Exchange Act and Rule 10b-5.  All Defendants are sued either as primary participants in the

21  wrongful and illegal conduct charged herein or as controlling persons as alleged below.

22    54.    Defendants, individually and in concert, directly and indirectly, by the use, means

23  or instrumentalities of interstate commerce and/or of the mails, engaged and participated in a

24  continuous course of conduct to conceal adverse material information about BBSI's financial

25  well-being and prospects, as specified herein.

26    55.    These defendants employed devices, schemes and artifices to defraud, while in

27  possession of material adverse non-public information and engaged in acts, practices, and a

COMPLAINT—CLASS ACTION
No. 14-5884

- 30 -

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 ● Fax: (425) 732-3752

1  course of conduct as alleged herein in an effort to assure investors of BBSI's value and

2  performance and continued substantial growth, which included the making of, or the

3  participation in the making of, untrue statements of material facts and/or omitting to state

4  material facts necessary in order to make the statements made about BBSI and its business

5  operations and future prospects in light of the circumstances under which they were made, not

6  misleading, as set forth more particularly herein, and engaged in transactions, practices and a

7  course of business which operated as a fraud and deceit upon the purchasers of the Company's

8  securities during the Class Period.

9        56.    Each of the Individual Defendants' primary liability, and controlling person

10 liability, arises from the following facts: (i) the Individual Defendants were high-level executives

11 and/or directors at the Company during the Class Period and members of the Company's

12 management team or had control thereof; (ii) each of these defendants, by virtue of their

13 responsibilities and activities as a senior officer and/or director of the Company, was privy to and

14 participated in the creation, development and reporting of the Company's internal budgets, plans,

15 projections and/or reports; (iii) each of these defendants enjoyed significant personal contact and

16 familiarity with the other defendants and was advised of, and had access to, other members of the

17 Company's management team, internal reports and other data and information about the

18 Company's finances, operations, and sales at all relevant times; and (iv) each of these defendants

19 was aware of the Company's dissemination of information to the investing public which they

20 knew and/or recklessly disregarded was materially false and misleading.

21       57.    The defendants had actual knowledge of the misrepresentations and/or omissions

22 of material facts set forth herein, or acted with reckless disregard for the truth in that they failed

23 to ascertain and to disclose such facts, even though such facts were available to them.  Such

24 defendants' material misrepresentations and/or omissions were done knowingly or recklessly and

25 for the purpose and effect of concealing BBSI's financial well-being and prospects from the

26 investing public and supporting the artificially inflated price of its securities.  As demonstrated

27 by Defendants' overstatements and/or misstatements of the Company's business, operations,

COMPLAINT—CLASS ACTION
No. 14-5884

- 31 -

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 ● Fax: (425) 732-3752

1    financial well-being, and prospects throughout the Class Period, Defendants, if they did not have

2    actual knowledge of the misrepresentations and/or omissions alleged, were reckless in failing to

3    obtain such knowledge by deliberately refraining from taking those steps necessary to discover

4    whether those statements were false or misleading.

5        58.    As a result of the dissemination of the materially false and/or misleading

6    information and/or failure to disclose material facts, as set forth above, the market price of

7    BBSI's securities was artificially inflated during the Class Period.  In ignorance of the fact that

8    market prices of the Company's securities were artificially inflated, and relying directly or

9    indirectly on the false and misleading statements made by Defendants, or upon the integrity of

10   the market in which the securities trades, and/or in the absence of material adverse information

11   that was known to or recklessly disregarded by Defendants, but not disclosed in public

12   statements by Defendants during the Class Period, Plaintiffs and the other members of the Class

13   acquired BBSI's securities during the Class Period at artificially high prices and were damaged

14   as the truth was revealed and BBSI's stock price declined.

15       59.    At the time of said misrepresentations and/or omissions, Plaintiffs and other

16   members of the Class were ignorant of their falsity, and believed them to be true.  Had Plaintiffs

17   and the other members of the Class and the marketplace known the truth regarding the problems

18   that BBSI was experiencing, which were not disclosed by Defendants, Plaintiffs and other

19   members of the Class would not have purchased or otherwise acquired their BBSI securities, or,

20   if they had acquired such securities during the Class Period, they would not have done so at the

21   artificially inflated prices which they paid.

22       60.    By virtue of the foregoing, Defendants have violated Section 10(b) of the

23   Exchange Act and Rule 10b-5 promulgated thereunder.

24       61.    As a direct and proximate result of Defendants' wrongful conduct, Plaintiffs and

25   the other members of the Class suffered damages in connection with their respective purchases

26   and sales of the Company's securities during the Class Period.

27

COMPLAINT—CLASS ACTION
No. 14-5884

- 32 -

**SECOND CLAIM**

**Violation of Section 20(a) of the Exchange Act**

**(against the Individual Defendants)**

62.     Plaintiff repeats and realleges each and every allegation contained above as if fully set forth herein.

63.     The Individual Defendants acted as controlling persons of BBSI within the meaning of Section 20(a) of the Exchange Act as alleged herein.  By virtue of their high-level positions, and their ownership and contractual rights, participation in and/or awareness of the Company's operations and/or intimate knowledge of the false financial statements filed by the Company with the SEC and disseminated to the investing public, the Individual Defendants had the power to influence and control and did influence and control, directly or indirectly, the decision-making of the Company, including the content and dissemination of the various statements which Plaintiff contends are false and misleading.  The Individual Defendants were provided with or had unlimited access to copies of the Company's reports, press releases, public filings and other statements alleged by Plaintiff to be misleading prior to and/or shortly after these statements were issued and had the ability to prevent the issuance of the statements or cause the statements to be corrected.

64.     In particular, each of these Defendants had direct and supervisory involvement in the day-to-day operations of the Company and, therefore, is presumed to have had the power to control or influence the particular transactions giving rise to the securities violations as alleged herein, and exercised the same.

65.     As set forth above, BBSI and the Individual Defendants each violated Section 10(b) and Rule 10b-5 by their acts and/or omissions as alleged in this Complaint.  By virtue of their positions as controlling persons, the Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act.  As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and other members of the Class suffered damages in connection with their purchases of the Company's securities during the Class Period.

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074-7033
Tel: (425) 868-7813 ● Fax: (425) 732-3752

1

## PRAYER FOR RELIEF

2        Plaintiffs pray for relief and judgment as follows:

3        A.      determining that this action is a proper class action under Rule 23 of the Federal

4   Rules of Civil Procedure;

5        B.      awarding compensatory damages in favor of Plaintiffs and the other Class

6   members against all defendants, jointly and severally, for all damages sustained as a result of

7   Defendants' wrongdoing, in an amount to be proved at trial, including interest thereon;

8        C.      awarding Plaintiffs and the Class their reasonable costs and expenses incurred in

9   this action, including counsel fees and expert fees; and

10       D.      such other and further relief as the Court may deem just, equitable, or proper.

11

## JURY TRIAL DEMANDED

12       Plaintiffs demand a trial by jury of all issues so triable.

13   Dated: November 6, 2014          LAW OFFICES OF CLIFFORD A. CANTOR, P.C.

14                                    By:  *s/ Cliff Cantor*, WSBA # 17893
                                      627 208th Ave SE
15                                    Sammamish, WA 98074
                                      Tel:    (425) 868-7813
16                                    Fax:    (425) 732-3752
                                      Email: cliff.cantor@outlook.com
17

18                                    GLANCY BINKOW & GOLDBERG LLP
                                      Lionel Z. Glancy
19                                    Robert V. Prongay
                                      Casey E. Sadler
20                                    1925 Century Park E, Suite 2100
                                      Los Angeles, CA 90067
21                                    Tel:    (310) 201-9150
                                      Fax:    (310) 201-9160
22

23                                    THE WAGNER FIRM
                                      Avi Wagner
24                                    1925 Century Park E, Suite 2100
                                      Los Angeles, CA 90067
25                                    Tel:    (310) 491-7949
                                      Fax:    (310) 491-7949
26

27                                    Counsel for Plaintiffs

**SWORN CERTIFICATION OF PLAINTIFF**
**BARRETT BUSINESS SERVICES, INC. ("BBSI") SECURITIES LITIGATION**

I, _____ Mitchell Arciaga _____, certify that:

1.  I have reviewed the Complaint and authorized its filing.

2.  I did not purchase securities of BBSI, the issuer that is the subject of this action, at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3.  I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4.  My transactions in BBSI during the Class Period set forth in the Complaint are as follows:

    SEE THE ATTACHED CHART

5.  I have not served as a representative party on behalf of a class under this title during the last three years.

6.  I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

Dated: ___11/3/14___
        ___10/30/14___

_____
Mitchell Arciaga

**Via Fidelity**

| Run Date | Action | Symbol | Security Description | Security Type |
|---|---|---|---|---|
| 09/26/2014 | YOU BOUGHT | BBSI | BARRETT BUS SVCS INC | Cash |
| 08/15/2014 | YOU SOLD | BBSI | BARRETT BUS SVCS INC | Cash |
| 04/10/2014 | YOU BOUGHT | BBSI | BARRETT BUS SVCS INC | Cash |
| 03/27/2014 | YOU BOUGHT | BBSI | BARRETT BUS SVCS INC | Cash |
| 03/21/2014 | YOU BOUGHT | BBSI | BARRETT BUS SVCS INC | Cash |
| 03/14/2014 | YOU BOUGHT | BBSI | BARRETT BUS SVCS INC | Cash |
| 03/06/2014 | YOU SOLD | BBSI | BARRETT BUS SVCS INC | Cash |
| 02/18/2014 | YOU BOUGHT | BBSI | BARRETT BUS SVCS INC | Cash |

| Quantity | Price ($) |
|---:|---:|
| 300 | 40.19 |
| -600 | 58.99 |
| 100 | 58.55 |
| 100 | 59.07 |
| 100 | 61.85 |
| 300 | 62.95 |
| -300 | 69.03 |
| 300 | 63.22 |

## SWORN CERTIFICATION OF PLAINTIFF
## BARRETT BUSINESS SERVICES, INC. ("BBSI") SECURITIES LITIGATION

I, _____ Joseph Maselli _____, certify that:

1.  I have reviewed the Complaint and authorized its filing.

2.  I did not purchase securities of BBSI, the issuer that is the subject of this action, at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3.  I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4.  My transactions in BBSI during the Class Period set forth in the Complaint are as follows:

| Date | Type and Amount | Price |
|------|-----------------|-------|
| 09/29/2014 | Buy 200 | $40.8799 |

5.  I have not served as a representative party on behalf of a class under this title during the last three years.

6.  I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.


Dated: _____11/3/14_____                    *Joseph Maselli* _____
                                                      Joseph Maselli

SWORN CERTIFICATION OF PLAINTIFF
BARRETT BUSINESS SERVICES, INC. ("BBSI") SECURITIES LITIGATION

I, _____ Vimal Mathimaran _____, certify that:

1.  I have reviewed the Complaint and authorized its filing.

2.  I did not purchase securities of BBSI, the issuer that is the subject of this action, at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3.  I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4.  My transactions in BBSI during the Class Period set forth in the Complaint are as follows:

    Date: 9/16/14    Price: $49.31  Number of shares: 23

5.  I have not served as a representative party on behalf of a class under this title during the last three years.

6.  I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

Dated: _____10/30/14_____

_____
Vimal Mathimaran