**Honorable Benjamin H. Settle**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| IN RE BARRETT BUSINESS SERVICES SECURITIES LITIGATION,<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Case No. C14-5884-BHS<br><br>**CLASS ACTION:**<br><br>**STIPULATED MOTION [AND PROPOSED ORDER] FOR BRIEFING SCHEDULE FOR RESPONSE OR MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

This Stipulation is entered into between the Lead Plaintiff Painters & Allied Trades District Council No. 35 Pension and Annuity Funds ("Lead Plaintiff") and Barrett Business Services, Inc., Michael L. Elich and James D. Miller (collectively, "Defendants") (together with Lead Plaintiff, the "Parties").

On November 19, 2015, Lead Plaintiffs filed a motion for leave to file an amended complaint. By agreement of the Parties, Defendants did not oppose the motion for leave to amend.

The Parties also agreed that, with the Court's permission, Defendants would have until January 29, 2016, to file a response to the amended complaint, and that if Defendants filed a motion to dismiss on that date, that Lead Plaintiff's response would be due on March 4, 2016, and that Defendants' reply would be due March 19, 2016.

STIPULATED MOTION [AND PROPOSED ORDER] FOR BRIEFING SCHEDULE FOR RESPONSE OR MOTION TO DISMISS FIRST AMENDED COMPLAINT -- 1
(14-CV-5884 BHB)

**MILLER NASH GRAHAM & DUNN LLP**
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599

118370-0076/70065240.1

On November 23, 2015, Lead Plaintiffs filed a First Amended Complaint. In accordance with the Parties' agreement, the Parties, through their undersigned counsel, stipulate and agree as follows:

1. Defendants' response to the First Amended Complaint is due on January 29, 2016;

2. If Defendants file a motion to dismiss as their response, Lead Plaintiff's opposition to the motion to dismiss is due on March 4, 2016;

3. Defendant's reply to any response filed by Lead Plaintiffs is due March 19, 2016.

4. Defendants' pending Motion to Dismiss (Docket No. 57), which is noted for March 1, 2006, is withdrawn.

Dated this 3rd day of December, 2015.

                Respectfully submitted,

                MILLER NASH GRAHAM & DUNN LLP


s/ *Bruce L. Campbell*
Thomas C. Sand, WSBA No. 44329
Bruce L. Campbell, WSBA No. 19364
111 S.W. Fifth Avenue, #3400
Portland, Oregon  97204
Telephone:  (503) 224-5858
Facsimile:  (503) 224-0155
E-Mail:   tom.sand@millernash.com
    bruce.campbell@millernash.com

Diane M. Meyers, WSBA No. 40729
2801 Alaskan Way, Suite 300
Seattle, Washington  98121
Telephone:  (206) 777-7525
Facsimile:  (206) 340-9599
E-Mail:  diane.meyers@millernash.com

*Attorneys for Defendants Barrett Business Services, Inc., Michael L. Elich, and James D. Miller*

---

STIPULATED MOTION [AND PROPOSED ORDER] FOR BRIEFING SCHEDULE FOR RESPONSE OR MOTION TO DISMISS FIRST AMENDED COMPLAINT -- 2
(14-CV-5884 BHB)

**MILLER NASH GRAHAM & DUNN LLP**
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599

118370-0076/70065240.1

BYRNES KELLER CROMWELL LLP

s/ *Bradley S. Keller*
Bradley S. Keller, WSBA # 10665
1000 Second Avenue, 38th Floor
Seattle, Washington  98104
Tel:  (206) 622-2000
Fax:  (206) 622-2522
E-mail: bkeller@byrneskeller.com

*Liaison Counsel for Lead Plaintiff Painters* & *Allied Trades District Council No. 35 Pension and Annuity Funds*

BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP
Benjamin Galdston (admitted *pro hac vice*)
12481 High Bluff Drive, Suite 300
San Diego, California  92130
Tel:  (858) 793-0070
Fax:  (858) 793-0323
E-mail: BenG@blbglaw.com

and

Hannah G. Ross (admitted *pro hac vice*)
1285 Avenue of the Americas, 38thFloor
New York, NY 10019
Tel: (212) 554-1400
Fax: (212) 554-1444
E-mail: Hannah@blbglaw.com

*Counsel for Lead Plaintiff Painters* & *Allied Trades District Council No. 35 Pension and Annuity Funds and Lead Counsel for the Class*

IT IS SO ORDERED.

DATED this _____ day of _____, 2015.

_____
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION [AND PROPOSED ORDER] FOR BRIEFING SCHEDULE FOR RESPONSE OR MOTION TO DISMISS FIRST AMENDED COMPLAINT -- 3
(14-CV-5884 BHB)

**MILLER NASH GRAHAM & DUNN LLP**
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599

118370-0076/70065240.1

**CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2015, I electronically filed the foregoing STIPULATED MOTION [AND PROPOSED ORDER] FOR BRIEFING SCHEDULE FOR RESPONSE OR MOTION TO DISMISS FIRST AMENDED COMPLAINT with the Clerk of the Court using the CM/ECF system and that by doing so I served the foregoing on all parties of record in the subject case via CM/ECF system transmission.

Dated:   December 3, 2015.

s/ *Bruce L. Campbell*
Thomas C. Sand, WSBA No. 44329
Bruce L. Campbell, WSBA No. 19364
Miller Nash Graham & Dunn LLP
111 S.W. Fifth Avenue, #3400
Portland, Oregon 97204
Telephone: (503) 224-5858
Facsimile: (503) 224-0155
E-Mail: tom.sand@millernash.com

*Of Attorneys for Defendants Barrett Business Services, Inc., Michael L. Elich, and James D. Miller*

CERTIFICATE OF SERVICE -- 1
(14-CV-5884 BHB)

**MILLER NASH GRAHAM & DUNN LLP**
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599
118370-0076/70065240.1