The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| IN RE BARRETT BUSINESS SERVICES SECURITIES LITIGATION | Case No. 14-cv-5884-BHS |
|---|---|
| | **CLASS ACTION** |
| This Document Relates To: ALL ACTIONS. | ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT |
| | NOTED FOR HEARING: March 18, 2016 |

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR LEAVE TO FILE SECOND
AMENDED COMPLAINT (NO. 14-CV-5884-BHS)

LAW OFFICES OF
BYRNES KELLER CROMWELL LLP
1000 SECOND AVENUE, 38TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 622-2000
FACSIMILE: (206) 622-2522

1  Having considered Plaintiffs' unopposed motion for leave to file a second amended
2  complaint, the Court ORDERS as follows:
3  The Plaintiffs' Motion is GRANTED;
4  Defendants' pending Rule 12(b)(6) motions to dismiss the First Amended Complaint are
5  WITHDRAWN.
6  IT IS SO ORDERED.
7  Dated: March 21, 2016

BENJAMIN H. SETTLE
United States District Judge

10 Presented by:

11 Bradley S. Keller, WBSA #10665
John A. Tondini, WBSA #19092
12 BYRNES KELLER CROMWELL LLP
1000 Second Avenue, 38th Floor
13 Seattle, WA 98104
Tel:   (206) 622-2000
14 Fax:  (206) 622-2522
15 Email: bkeller@byrneskeller.com
       jtondini@byrneskeller.com
16
*Liaison Counsel for Proposed Lead Plaintiff*
17 *Painters & Allied Trades District Council No. 35 Pension*
*and Annuity Funds*
18
19 BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
20 Benjamin Galdston
12481 High Bluff Drive, Suite 300
21 San Diego, CA 92130
Tel:   (858) 793-0070
22 Fax:  (858) 793-0323
23 Email: beng@blbglaw.com
   -and-
24 Avi Josefson
Hannah Ross
25 1251 Avenue of the Americas, 44th Floor
New York, NY 10020
26 Tel:   (212) 554-1400
Fax:  (212) 554-1444

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR LEAVE TO FILE SECOND
AMENDED COMPLAINT (NO. 14-CV-5884-BHS)

LAW OFFICES OF
BYRNES KELLER CROMWELL LLP
1000 SECOND AVENUE, 38TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 622-2000
FACSIMILE: (206) 622-2522

1 *Counsel for Proposed Lead Plaintiff Painters & Allied Trades District Council No. 35 Pension and Annuity Funds and Proposed Lead Counsel for the Class*

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT (NO. 14-CV-5884-BHS)

LAW OFFICES OF
BYRNES KELLER CROMWELL LLP
1000 SECOND AVENUE, 38TH FLOOR
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 622-2000
FACSIMILE: (206) 622-2522