Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| IN RE BARRETT BUSINESS SERVICES SECURITIES LITIGATION,<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Case No. C14-5884-BHS<br><br>**CLASS ACTION:**<br><br>**STIPULATED MOTION [AND ORDER] FOR BRIEFING SCHEDULE FOR RESPONSE OR MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>NOTE ON MOTION CALENDAR: March 28, 2016 |

This Stipulation is entered into between the Lead Plaintiff Painters & Allied Trades District Council No. 35 Pension and Annuity Funds ("Lead Plaintiffs") and Barrett Business Services, Inc., Michael L. Elich, and James D. Miller (collectively, "Defendants") (together with Lead Plaintiffs, the "Parties").

On March 21, 2016, Lead Plaintiffs filed their Second Amended Complaint. Defendants did not oppose Lead Plaintiffs' motion for leave to amend, provided that Lead Plaintiffs would agree to a briefing schedule for a motion to dismiss the Second Amended Complaint. In accordance with the Parties' agreement, the Parties, through their undersigned counsel, stipulate and agree as follows:

1. Defendants' responses to the Second Amended Complaint are due on April 29, 2016.

STIPULATED MOTION [AND ORDER] FOR BRIEFING
SCHEDULE FOR RESPONSE OR MOTION TO DISMISS
SECOND AMENDED COMPLAINT -- 1
(14-CV-5884 BHS)

MILLER NASH GRAHAM & DUNN LLP
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

118370-0076/70088230.2

2. If Defendants file motions to dismiss, Lead Plaintiffs' opposition to the motions to dismiss is due on June 1, 2016.

3. Defendants' replies to any response filed by Lead Plaintiffs are due June 22, 2016.

4. Defendants' pending Motion to Dismiss (Docket No. 57), which is noted for April 8, 2016, is withdrawn.

Dated this 28th day of March, 2016.

Respectfully submitted,

MILLER NASH GRAHAM & DUNN LLP

s/ *Bruce L. Campbell*
Thomas C. Sand, WSBA No. 44329
Bruce L. Campbell, WSBA No. 19364
111 S.W. Fifth Avenue, Suite 3400
Portland, Oregon 97204
Telephone: (503) 224-5858
Facsimile: (503) 224-0155
E-Mail: tom.sand@millernash.com
          bruce.campbell@millernash.com

Diane M. Meyers, WSBA No. 40729
2801 Alaskan Way, Suite 300
Seattle, Washington 98121
Telephone: (206) 777-7525
E-Mail: diane.meyers@millernash.com

*Attorneys for Defendant*
*Barrett Business Services, Inc.*

STIPULATED MOTION [AND ORDER] FOR BRIEFING
SCHEDULE FOR RESPONSE OR MOTION TO DISMISS
SECOND AMENDED COMPLAINT -- 2
(14-CV-5884 BHS)

**MILLER NASH GRAHAM & DUNN LLP**
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

118370-0076/70088230.2

GROFF MURPHY PLLC

s/ *Marisa M. Bavand*
Marisa M. Bavand, WSBA No. 27929
Richard F. Shordt, WSBA No. 48950
300 E. Pine Street
Seattle, Washington 98122-2029
Telephone: (206) 628-9500
E-Mail:  mbavand@groffmurphy.com
         rshordt@groffmurphy.com

W. Douglas Sprague (admitted *pro hac vice*)
Tammy Albarran (admitted *pro hac vice*)
Tracy Zinsou (admitted *pro hac vice*)
COVINGTON & BURLING LLP
One Front Street
San Francisco, California 94111-5356
Telephone: (415) 591-7097
E-Mail:  dsprague@cov.com

*Attorneys for Defendant Michael L. Elich*


HILLIS CLARK MARTIN & PETERSON P.S.

s/ *Eric D. Lansverk*
Eric D. Lansverk, WSBA No. 17218
1221 Second Avenue, Suite 500
Seattle, Washington 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789
E-Mail: eric.lansverk@hcmp.com

Janet Lee Hoffman (admitted *pro hac vice*)
JANET HOFFMAN & ASSOCIATES
1000 S.W. Broadway, Suite 1500
Portland, Oregon 97205
Telephone: (503) 222-1125
E-Mail:  janet@jhoffman.com

*Attorneys for Defendant James D. Miller*

---

STIPULATED MOTION [AND ORDER] FOR BRIEFING
SCHEDULE FOR RESPONSE OR MOTION TO DISMISS
SECOND AMENDED COMPLAINT -- 3
(14-CV-5884 BHS)

**MILLER NASH GRAHAM & DUNN LLP**
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

118370-0076/70088230.2

BYRNES KELLER CROMWELL LLP

*s/ Bradley S. Keller*
Bradley S. Keller, WSBA No. 10665
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
Telephone: (206) 622-2000
Facsimile: (206) 622-2522
E-Mail: bkeller@byrneskeller.com

*Liaison Counsel for Lead Plaintiff Painters & Allied Trades District Council No. 35 Pension and Annuity Funds*

BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP
Benjamin Galdston (admitted *pro hac vice*)
12481 High Bluff Drive, Suite 300
San Diego, California 92130
Telephone: (858) 793-0070
E-Mail: beng@blbglaw.com

and

Hannah G. Ross (admitted *pro hac vice*)
1285 Avenue of the Americas, 38th Floor
New York, New York 10019
Telephone: (212) 554-1400
E-Mail: hannah@blbglaw.com

*Counsel for Lead Plaintiff Painters & Allied Trades District Council No. 35 Pension and Annuity Funds and Lead Counsel for the Class*

IT IS SO ORDERED.

DATED this 28 day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION [AND ORDER] FOR BRIEFING
SCHEDULE FOR RESPONSE OR MOTION TO DISMISS
SECOND AMENDED COMPLAINT -- 4
(14-CV-5884 BHS)

MILLER NASH GRAHAM & DUNN LLP
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

118370-0076/70088230.2