**Honorable Benjamin H. Settle**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| IN RE BARRETT BUSINESS SERVICES SECURITIES LITIGATION,<br><br>This Document Relates To:<br><br>ALL ACTIONS. | **Case No. C14-5884-BHS**<br><br>**CLASS ACTION:**<br><br>**STIPULATED MOTION [AND ORDER] FOR BRIEFING SCHEDULE FOR MOTIONS TO DISMISS SECOND AMENDED COMPLAINT AND TO FILE OVERLENGTH BRIEF**<br><br>NOTE ON MOTION CALENDAR: April 15, 2016 |

This Stipulation is entered into between the Lead Plaintiff Painters & Allied Trades District Council No. 35 Pension and Annuity Funds ("Lead Plaintiffs") and Barrett Business Services, Inc., Michael L. Elich, and James D. Miller (collectively, "Defendants") (together with Lead Plaintiffs, the "Parties").

On March 21, 2016, Lead Plaintiffs filed their Second Amended Complaint. Shortly thereafter, the Parties filed a stipulated motion to establish a briefing schedule for responses to or motions to dismiss the Second Amended Complaint. On March 28, 2016, the Court issued an order setting a briefing schedule for Defendants' responses to or motions to dismiss the Second Amended Complaint.

Due to scheduling and business conflicts with Defendants and their counsel, Defendants seek additional time to file motions to dismiss Lead Plaintiffs' Second Amended Complaint.

STIPULATED MOTIONS [AND ORDER] FOR BRIEFING SCHEDULE FOR MOTIONS TO DISMISS SECOND AMENDED COMPLAINT AND TO FILE OVERLENGTH BRIEF — 1
(14-CV-5884 BHS)

**MILLER NASH GRAHAM & DUNN LLP**
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

70094002.1

Accordingly, the Parties stipulate, subject to the court's approval, to the following briefing schedule:

1. Defendants' motions to dismiss the Second Amended Complaint are due on May 13, 2016.

2. Lead Plaintiffs Opposition to the motions to dismiss is due on June 15, 2016.

3. Defendants' replies to Lead Plaintiffs' response are due July 6, 2016.

The Parties further stipulate that, pursuant to Local Court Rule 7(f) and subject to the Court's approval, Defendants have an additional 11 pages for their motions to dismiss, bringing the total length to 35 pages. Defendants need the additional pages to fully respond to the new allegations in Lead Plaintiffs' Second Amended, which now spans 99 pages. Pursuant to Local Court Rule 7(f)(4), Lead Plaintiffs would be allowed 35 pages for their opposing brief, while Defendants would be allowed 17 pages for their reply briefs.

Dated this 18th day of April, 2016.

Respectfully submitted,

MILLER NASH GRAHAM & DUNN LLP

s/ *Bruce L. Campbell*
Thomas C. Sand, WSBA No. 44329
Bruce L. Campbell, WSBA No. 19364
111 S.W. Fifth Avenue, Suite 3400
Portland, Oregon 97204
Telephone: (503) 224-5858
Facsimile: (503) 224-0155
E-Mail: tom.sand@millernash.com
bruce.campbell@millernash.com

*Attorneys for Defendant*
*Barrett Business Services, Inc.*

STIPULATED MOTIONS [AND ORDER] FOR BRIEFING SCHEDULE FOR MOTIONS TO DISMISS SECOND AMENDED COMPLAINT AND TO FILE OVERLENGTH BRIEF — 2
(14-CV-5884 BHS)

**MILLER NASH GRAHAM & DUNN LLP**
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

70094002.1

GROFF MURPHY PLLC

s/ *Marisa M. Bavand*
Marisa M. Bavand, WSBA No. 27929
Richard F. Shordt, WSBA No. 48950
300 E. Pine Street
Seattle, Washington  98122-2029
Telephone:  (206) 628-9500
E-Mail:   mbavand@groffmurphy.com
         rshordt@groffmurphy.com

W. Douglas Sprague (admitted *pro hac vice*)
Tammy Albarran (admitted *pro hac vice*)
Tracy Zinsou (admitted *pro hac vice*)
COVINGTON & BURLING LLP
One Front Street
San Francisco, California  94111-5356
Telephone:  (415) 591-7097
E-Mail:   dsprague@cov.com

*Attorneys for Defendant Michael L. Elich*


HILLIS CLARK MARTIN & PETERSON P.S.


s/ *Eric D. Lansverk*
Eric D. Lansverk, WSBA No. 17218
1221 Second Avenue, Suite 500
Seattle, Washington  98101-2925
Telephone:  (206) 623-1745
Facsimile:  (206) 623-7789
E-Mail:  eric.lansverk@hcmp.com

Janet Lee Hoffman (admitted *pro hac vice*)
JANET HOFFMAN & ASSOCIATES
1000 S.W. Broadway, Suite 1500
Portland, Oregon  97205
Telephone:  (503) 222-1125
E-Mail:   janet@jhoffman.com

*Attorneys for Defendant James D. Miller*

STIPULATED MOTIONS [AND ORDER] FOR BRIEFING SCHEDULE FOR MOTIONS TO DISMISS SECOND AMENDED COMPLAINT AND TO FILE OVERLENGTH BRIEF — 3
(14-CV-5884 BHS)

**MILLER NASH GRAHAM & DUNN LLP**
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599

70094002.1

BYRNES KELLER CROMWELL LLP

s/ *Bradley S. Keller*
Bradley S. Keller, WSBA No. 10665
1000 Second Avenue, 38th Floor
Seattle, Washington  98104
Telephone:  (206) 622-2000
Facsimile:  (206) 622-2522
E-Mail:  bkeller@byrneskeller.com

*Liaison Counsel for Lead Plaintiff Painters & Allied Trades District Council No. 35 Pension and Annuity Funds*

BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP
Benjamin Galdston (admitted *pro hac vice*)
12481 High Bluff Drive, Suite 300
San Diego, California  92130
Telephone:  (858) 793-0070
E-Mail:  beng@blbglaw.com

and

Hannah G. Ross (admitted *pro hac vice*)
1285 Avenue of the Americas, 38th Floor
New York, New York  10019
Telephone:  (212) 554-1400
E-Mail:  hannah@blbglaw.com

*Counsel for Lead Plaintiff Painters & Allied Trades District Council No. 35 Pension and Annuity Funds and Lead Counsel for the Class*

IT IS SO ORDERED.

DATED this _____ day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE

STIPULATED MOTIONS [AND ORDER] FOR BRIEFING SCHEDULE FOR MOTIONS TO DISMISS SECOND AMENDED COMPLAINT AND TO FILE OVERLENGTH BRIEF — 4
(14-CV-5884 BHS)

**MILLER NASH GRAHAM & DUNN LLP**
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599

70094002.1

**CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2016, I electronically filed the foregoing STIPULATED MOTIONS [AND ORDER] FOR BRIEFING SCHEDULE FOR MOTIONS TO DISMISS SECOND AMENDED COMPLAINT AND TO FILE OVERLENGTH MOTION with the Clerk of the Court using the CM/ECF system and that by doing so I served the foregoing on all parties of record in the subject case via CM/ECF system transmission.

Dated:   April 18, 2016.

                                                s/ *Bruce L. Campbell*
Thomas C. Sand, WSBA No. 44329
Bruce L. Campbell, WSBA No. 19364
Miller Nash Graham & Dunn LLP
111 S.W. Fifth Avenue, #3400
Portland, Oregon  97204
Telephone:  (503) 224-5858
Facsimile:  (503) 224-0155
E-Mail:  bruce.campbell@millernash.com

*Of Attorneys for Defendant Barrett Business Services, Inc.*

CERTIFICATE OF SERVICE -- 1
(14-CV-5884 BHS)

**MILLER NASH GRAHAM & DUNN LLP**
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300/Fax: (206) 340-9599

70094002.1